THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HARRY A. LAYCOCK, Appellant.

*Crimes — criminally receiving stolen property — judgment of conviction affirmed.*

People v. Laycock, 191 App. Div. 931, affirmed.

(Argued October 11, 1921; decided October 25, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered April 26, 1920, which affirmed a judgment of the Schenectady County Court rendered upon a verdict convicting the defendant of the crime of criminally receiving stolen property in the first degree.

*Walter A. Fullerton, James A. Leary* and *Edward H. Gilhouse* for appellant.

*John R. Parker, District Attorney,* for respondent.

Judgment affirmed under provisions of section 542 of the Code of Criminal Procedure; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: HOGAN, J.

---

NELLIE B. CHANDLER, Respondent, *v.* CARRIE B. C. KRON et al., Appellants.

*Appeal — unanimous affirmance — motion to dismiss granted.*

Chandler v. Kron, 196 App. Div. 915, appeal dismissed.

(Submitted October 17, 1921; decided October 25, 1921.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 9, 1921, *unanimously* affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The motion was made upon the ground that the affirmance by the Appellate Division was unanimous and that permission to appeal had not been obtained.

*Basil Robillard* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.